NIGHT
FILE

**03-14158**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| ARISTA RECORDS, INC., a corporation; | ) |
| BMG MUSIC, a general partnership; | ) |
| INTERSCOPE RECORDS, a general | ) |
| partnership; SONY MUSIC ENTERTAINMENT | ) |
| INC., a corporation; UMG RECORDINGS, INC., | ) |
| a corporation; VIRGIN RECORDS AMERICA, | ) |
| INC., a corporation; and ZOMBA RECORDING | ) |
| CORPORATION, a corporation, | ) |
|  | ) |
| Plaintiffs, | ) |
| v. | ) |
|  | ) |
| BEKER ENTERPRISES, INC., a Florida | ) |
| corporation, d/b/a CENTRAL FOOD MART/ | ) |
| BECKER - BP GAS; and ZAKIEH S. BECKER, | ) |
| an individual, | ) |
|  | ) |
| Defendants. | ) |

CIVIL NO._____

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by and through their undersigned attorneys, for their complaint against Defendants, Beker Enterprises, Inc., d/b/a Central Food Mart/Becker – BP Gas, and Zakieh S. Becker, hereby allege as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement arising out of the conduct of Defendants Beker Enterprises, Inc., d/b/a Central Food Mart/Becker – BP Gas, and Zakieh S. Becker.  Defendants own and/or operate a retail store and/or related entity and have offered for

sale and/or have actively distributed unauthorized and therefore illegitimate copies of sound recordings owned by Plaintiffs.

2.      This action seeks injunctive and monetary relief for copyright infringement under the Copyright Act of the United States (17 U.S.C. § 101 *et seq.*).

### JURISDICTION AND VENUE

3.      This Court has jurisdiction over the subject matter of this action under 17 U.S.C. § 501 (b) and 28 U.S.C. §§ 1331 and 1338(a).

4.      This Court has personal jurisdiction over Defendants in that Defendants reside in and/or are doing business in the State of Florida and in this District, and the acts of infringement complained of herein occurred in the State of Florida and in this District.

5.      Venue is proper within this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(a).

### THE PARTIES

### Plaintiffs

6.      Plaintiff Arista Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in New York.

7.      Plaintiff BMG Music is a New York general partnership, with its principal place of business in New York.

8.      Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

9.      Plaintiff Sony Music Entertainment Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in New York.

10.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in California.

11.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with a place of business in New York.

12.     Plaintiff Zomba Recording Corporation is a corporation duly organized and existing under the laws of the State of New York, with a place of business in New York.

### Defendants

13.     Defendant, Beker Enterprises, Inc., upon information and belief, is a Florida corporation with its principal place of business at 739 S. Highlands Avenue, Avon Park, Florida 33825. Defendant Beker Enterprises, Inc. does business as Central Food Mart/Becker – BP Gas.

14.     Defendant, Zakieh S. Becker, upon information and belief, is the owner of Defendant Beker Enterprises, Inc., d/b/a Central Food Mart/Becker – BP Gas. Upon information and belief, Defendant Zakieh S. Becker resides in and does business in this judicial district.

15.     The Defendants are jointly and severally liable for the acts of infringement below.

### PLAINTIFFS' COPYRIGHTED SOUND RECORDINGS

16.     Plaintiffs are engaged in the business of producing sound recordings, and manufacturing, distributing, selling and/or licensing the distribution and sale of their sound recordings on phonorecords (as defined in 17 U.S.C. §101, and including, without limitation, compact discs and other formats).

17.     Plaintiffs are among the leading manufacturers of phonorecords in the United States. The names and reputations of Plaintiffs are widely and favorably known in the State of Florida, throughout the United States, and worldwide.

18.     Plaintiffs are the copyright owners or the owners of exclusive rights for certain copyrighted sound recordings embodied in their phonorecords, including, but not limited to, those listed on Exhibit A attached hereto and incorporated by reference herein. Each Plaintiff has applied for and/or received Certificates of Copyright Registration from the Register of Copyrights for its copyrighted sounds recordings (hereinafter the "Copyrighted Recordings"). Each Plaintiff has the exclusive right, among other things, "to distribute copies or phonorecords of the[ir] copyrighted work[s] to the public by sale or other transfer of ownership..." under 17 U.S.C. §106(3).

19.     Since its inception, the music industry has had to battle physical goods piracy (*i.e.*, the piracy and counterfeiting of compact discs, cassette tapes, vinyl records, and eight-track tapes). Physical goods piracy costs the United States recording industry hundreds of millions of dollars per year. The United States recording industry devotes significant resources to investigating and deterring physical goods piracy, including through the trade association the Recording Industry Association of America, Inc. ("RIAA"), a not for profit trade association whose member companies create, manufacture, or distribute approximately 90 percent of all legitimate sound recordings sold domestically.

## DEFENDANTS' INFRINGING CONDUCT

20.     Defendants have offered for sale and distributed unauthorized, and therefore illegal, copies of Plaintiffs' Copyrighted Recordings.

21.     Investigators employed by Plaintiffs visited Defendant Beker Enterprises, Inc., d/b/a Central Food Mart/Becker – BP Gas, and observed the offering for sale, display and/or distribution, of dozens or hundreds of pirate and/or counterfeit recordings on Defendant's premises. Plaintiffs' Investigators purchased the pirate and/or counterfeit recordings of the Copyrighted Recordings listed on Exhibit A as examples of the pirate and/or counterfeit

recordings being offered for sale to the public.  Photocopies of certain recordings purchased are attached hereto as Exhibit B.

22.     On information and belief, Zakeih S. Becker is the owner and operator of Beker Enterprises, Inc., d/b/a Central Food Mart/Becker – BP Gas.

23.     Plaintiffs have sent several written communications to Defendant in order to resolve the above issues without litigation.  Defendant, however, has not responded to any of these communications.  Plaintiffs have no alternative but to file the present action.

## COUNT ONE

## COPYRIGHT INFRINGEMENT
(Against Beker Enterprises, Inc., d/b/a Central Food Mart/Becker – BP Gas and Zakieh S. Becker)

24.     Plaintiffs incorporate by reference each and every averment contained in paragraphs 1 through 23 above.

25.     The acts of Defendants complained of herein constitute infringement of Plaintiffs' registered copyrights and exclusive rights under copyright in violation of 17 U.S.C. §§106 and 501.

26.     The infringement of each of Plaintiffs' rights in and to the Copyrighted Recordings constitutes a separate and distinct act of infringement.

27.     The foregoing acts of infringement by the Defendants have been willful, intentional, and purposeful, in disregard of and indifference to the rights of Plaintiffs.

28.     Plaintiffs are therefore entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

29.     Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

30.     Defendants' conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot

be fully compensated or measured in money.  Plaintiffs have no adequate remedy at law.
Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to preliminary and permanent injunctions
prohibiting further infringement of Plaintiffs' copyrights and exclusive rights under copyright.

## COUNT TWO

### VICARIOUS COPYRIGHT INFRINGEMENT
(Against Beker Enterprises, Inc., d/b/a Central Food Mart/Becker – BP Gas and Zakieh S. Becker)

31.     Plaintiffs incorporate by reference each and every averment contained in
paragraphs 1 through 30 above.

32.     On information and belief, Defendants had the right and the ability to supervise or
control the infringing activities.

33.     On information and belief, Defendants received a financial benefit from the
infringements.

34.     The acts of Defendants complained of herein constitute infringement of Plaintiffs'
registered copyrights and exclusive rights under copyright in violation of 17 U.S.C. §§106 and
501.

35.     The infringement of each of Plaintiffs' rights in and to the Copyrighted
Recordings constitutes a separate and distinct act of infringement.

36.     The foregoing acts of infringement by Defendants have been willful, intentional,
and purposeful, in disregard of and indifference to the rights of Plaintiffs.

37.     Plaintiffs are therefore entitled to the maximum statutory damages, pursuant to 17
U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other
amounts as may be proper under 17 U.S.C. § 504(c).

38.     Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17
U.S.C. § 505.

39.     Defendants' conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot be fully compensated or measured in money.  Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further infringement of Plaintiffs' copyrights and exclusive rights under copyright.

## COUNT THREE

### CONTRIBUTORY COPYRIGHT INFRINGEMENT

(Against Beker Enterprises, Inc., d/b/a Central Food Mart/Becker – BP Gas and Zakieh S. Becker)

40.     Plaintiffs incorporate by reference each and every averment contained in paragraphs 1 through 39 above.

41.     On information and belief, Defendants authorized the infringements, or had knowledge of such infringing activity and induced, caused or materially contributed to such activity.

42.     The acts of Defendants complained of herein constitute infringement of Plaintiffs' registered copyrights and exclusive rights under copyright in violation of 17 U.S.C. §§106 and 501.

43.     The infringement of each of Plaintiffs' rights in and to the Copyrighted Recordings constitutes a separate and distinct act of infringement.

44.     The foregoing acts of infringement by Defendants have been willful, intentional, and purposeful, in disregard of and indifference to the rights of Plaintiffs.

45.     Plaintiffs are therefore entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

46.     Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

47.     Defendants' conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot be fully compensated or measured in money.  Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further infringement of Plaintiffs' copyrights and exclusive rights under copyright.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for judgment against Defendants as follows:

1.     For a preliminary and permanent injunction requiring Defendants, their respective agents, servants, employees, officers, successors, licensees and assigns and all persons acting in concert or participation with each or any of them, or for them, to:

a.     Cease and desist from infringing any of Plaintiffs' respective copyrights (whether now in existence or hereafter created) in any manner, including without limitation, the selling, offering to sell and/or distribution of unauthorized copies of the Copyrighted Recordings in Exhibit A to this Complaint and any other of Plaintiffs' copyrighted works;

b.     Deliver all unauthorized phonorecords in Defendants' possession to Plaintiffs' attorneys;

2.     For an award of damages, including, without limitation, maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed, or for other such amounts as may be proper pursuant to 17 U.S.C. § 504;

3.     For prejudgment interest according to law;

4.     For an award of Plaintiffs' attorneys' fees, full costs, and disbursements in this action;

5.     For an order directing that Defendants report to this Court within thirty (30) days after a permanent injunction is entered to show their compliance with paragraphs 1(a) and 1(b) above; and

6.     For such other and further relief as the Court may deem just and proper.


Dated: _____ 5-28-03 _____


Of Counsel:                                           BROAD AND CASSEL
Matthew J. Oppenheim                                  Miami Center
Linda J. Zirkelbach                                   201 South Biscayne Boulevard
Recording Industry Association of America             Suite 3000
1330 Connecticut Avenue NW                            Miami, Florida 33131
Suite 300                                             Phone: (305) 373-9423
Washington, DC 20036                                  Fax: (305) 995-6381
Phone: (202) 775-0101
Fax: (202) 775-7253


By: _____
          Karen L. Stetson

Schedule A for Central Food Mart, Becker BP Gas

| Title of Pirate/Counterfeit Album | Artist | Song Title | Legitimate Album Title | Copyright Plaintiff | SR # |
|---|---|---|---|---|---|
| R 100 | Clipse | Grindin' | Grindin' (single) | Arista Records, Inc. | 290-126 |
| R 100 | Usher & Ludacris | U Don't Have To Call (Remix) | U Don't Have to Call (single) | Arista Records, Inc. | 309-895 |
| Songs In A Minor | Alicia Keys | Piano & I | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Girlfriend | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | How Come You Don't Call Me | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Fallin' | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Troubles | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Rock Wit U | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | A Womans Worth | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Jane Doe | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Goodbye | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | The Life | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Mr. Man | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Never Felt This Way (Interlude) | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Butterflyz | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Why Do I Feel So Sad | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Caged Bird (Outro) | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Lovin' U | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Rear View Mirror | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | Fallin' | Songs In A Minor | BMG Music | 299-410 |
| Songs In A Minor | Alicia Keys | A Womans Worth | Songs In A Minor | BMG Music | 299-410 |
| R 100 | Busta Rhymes & P. Diddy | Pass The Courvoisier, Pt. 2 | Pass The Courvoisier, Pt. 2 (single) | BMG Music | 306-844 |

Page 1

Schedule A for Central Food Mart, Becker BP Gas

| Title of Pirate/ Counterfeit Album | Artist | Song Title | Legitimate Album Title | Copyright Plaintiff | SR # |
|---|---|---|---|---|---|
| #903 The Archives Pt.1 | Tyrese | Sweet Lady | Tyrese | BMG Music | 237-788 |
| #903 The Archives Pt.1 | Blackstreet | We Gonna Take You Back/Don't Leave Me | Another Level | Interscope Records | 229-817 |
| R 100 | Jadakiss & Bubba Sparxxx | They Ain't Ready | Ryde Or Die, Vol. 3: In The "R" We Trust | Interscope Records | 304-402 |
| #903 The Archives Pt.1 | Maxwell | Fortunate | Life (Soundtrack) | Interscope Records | 263-375 |
| #903 The Archives Pt.1 | Destiny's Child | She Can't Love You | The Writing's On The Wall | Sony Music Entertainment Inc. | 268-936 |
| #903 The Archives Pt.1 | Destiny's Child | If You Leave | The Writing's On The Wall | Sony Music Entertainment Inc. | 268-936 |
| #903 The Archives Pt.1 | Ginuwine | None Of Ur Friends Business | 100% Ginuwine | Sony Music Entertainment Inc. | 270-733 |
| #903 The Archives Pt.1 | Jagged Edge | He Can't Love You | J.E. Heartbreak | Sony Music Entertainment Inc. | 288-396 |
| #903 The Archives Pt.1 | Maxwell | Submerge Til We Become The Sun | Embrya | Sony Music Entertainment Inc. | 263-940 |
| Ja-Rule & DMX "Friends" | DMX | What's My Name | And Then There Was X | UMG Recordings, Inc. | 279-017 |
| Ja-Rule & DMX "Friends" | DMX | Party Up (Up In Here) | And Then There Was X | UMG Recordings, Inc. | 279-017 |
| Ja-Rule & DMX "Friends" | DMX | We Don't Give A Fuck | Flesh Of My Flesh, Blood Of My Blood | UMG Recordings, Inc. | 217-141 (Explicit) |
| Ja-Rule & DMX "Friends" | DMX | Flesh Of My Flesh, Blood Of My Blood | Flesh Of My Flesh, Blood Of My Blood | UMG Recordings, Inc. | 217-141 (Explicit) |
| Ja-Rule & DMX "Friends" | DMX | Blackout | Flesh Of My Flesh, Blood Of My Blood | UMG Recordings, Inc. | 217-141 (Explicit) |
| Ja-Rule & DMX "Friends" | DMX | Pac Man | Flesh Of My Flesh, Blood Of My Blood | UMG Recordings, Inc. | 217-141 (Explicit) |
| Ja-Rule & DMX "Friends" | DMX | Dogs For Life | Flesh Of My Flesh, Blood Of My Blood | UMG Recordings, Inc. | 217-141 (Explicit) |
| Ja-Rule & DMX "Friends" | DMX | Ain't No Way | Flesh Of My Flesh, Blood Of My Blood | UMG Recordings, Inc. | 217-141 (Explicit) |
| Ja-Rule & DMX "Friends" | DMX | Stop Being Greedy | It's Dark And Hell Is Hot | UMG Recordings, Inc. | 252-613 |
| Ja-Rule & DMX "Friends" | DMX | Ruff Ryders Anthem | It's Dark And Hell Is Hot | UMG Recordings, Inc. | 252-613 |
| Ja-Rule & DMX "Friends" | DMX | Get At Me Dog | It's Dark And Hell Is Hot | UMG Recordings, Inc. | 252-613 |
| R 100 | DMX & Faith Evans | I Miss You (Remix) | The Great Depression | UMG Recordings, Inc. | 303-917 |
| Ja-Rule & DMX "Friends" | Ja Rule | 6 Feet Underground | Rule 3:36 | UMG Recordings, Inc. | 270-080 |

Schedule A for Central Food Mart, Becker BP Gas

| Title of Pirate/ Counterfeit Album | Artist | Song Title | Legitimate Album Title | Copyright Plaintiff | SR # |
|---|---|---|---|---|---|
| Ja-Rule & DMX "Friends" | Ja Rule | Fuck You | Rule 3:36 | UMG Recordings, Inc. | 270-080 |
| Ja-Rule & DMX "Friends" | Ja Rule | Die | Rule 3:36 | UMG Recordings, Inc. | 270-080 |
| Ja-Rule & DMX "Friends" | Ja Rule | Smokin & Ridin | Smokin & Ridin (single) | UMG Recordings, Inc. | 310-211 |
| Ja-Rule & DMX "Friends" | DJ Clue/Ja Rule/Jay-Z | Gangsta Shit | The Professional | UMG Recordings, Inc. | 228-394 (Explicit) |
| Ja-Rule & DMX "Friends" | Ja Rule | Kill 'Em All | Venni Vetti Vecci | UMG Recordings, Inc. | 174-722 |
| Ja-Rule & DMX "Friends" | Ja Rule | Murda 4 Life Pt. 1 | Venni Vetti Vecci | UMG Recordings, Inc. | 174-722 |
| Ja-Rule & DMX "Friends" | Ja Rule | The Murderers | Venni Vetti Vecci | UMG Recordings, Inc. | 174-722 |
| Ja-Rule & DMX "Friends" | Ja Rule | Holla Holla | Venni Vetti Vecci | UMG Recordings, Inc. | 174-722 |
| Ja-Rule & DMX "Friends" | Ja Rule & DMX | Grand Finale | Belly (Soundtrack) | UMG Recordings, Inc. | 237-580 |
| R 100 | Mary J. Blige & Ja Rule | Rainy Dayz | No More Drama | UMG Recordings, Inc. | 304-591 |
| R 100 | Sharissa & Scarface | Any Other Night (Remix) | No Half Steppn' | UMG Recordings, Inc. | 304-828 |
| #903 The Archives Pt.1 | Ideal | Get Gone | Ideal | Virgin Records America, Inc. | 273-905 |
| R 100 | Mystikal | Here I Go | Mind of Mystikal | Zomba Recording Corporation | 288-098 |

Page 3

Central Food Market / Becker
(Avon Park, FL)



Exhibit "A"





**Fl 100**

1.FOOLISH RMX/ASHANTI,B.I.G.
2.GET AWAY/JA'RULE
3.U DON'T HAVE TO CALL RMX./USHER,LUDACRIS
4.WHATS' LUV/FAT JOE,ASHANTI
5.GRINDIN'/CLIPSE   6.STOP PLAY'IN RMX./8 BALL,JADAKISS
7.WELCOME TO ATL. RMX./J.D.,P.DIDDY,ALI,SNOOP DOGG
8.Ali NAW/NAPPY ROOTZ   9.STILL FLY/BIG TYMERS

BUY THIS JEWEL CASE
GET THE CD FOR FREE

N.Y.U. PRODUCTIONS
FOR PROMOTIONAL
USE ONLY

10.HERE I GO/MYSTIKAL
11.ANY OTHER NIGHT RMX./SHAWN & SCARFACE
12.I MISS YOU/DMX,FAITH EVANS
13.ROLL OUT-U GOT IT BAD MIX/USHER ON LUDACRIS BEAT
14.PASS THE CORVOISIER II/BUSTA,P.DIDDY
15.I NEED A GIRL RMX./P.DIDDY,USHER
16.RAINY DAYZ/MARY J. BLIDGE, JA'RULE
17.THEY AIN'T READY/JADAKISS,BUBBA SPARXX
18.TOLD YA'LL ASS/TRINA,R. ROSS





R 100

1.FOOLISH RMX/ASHANTI,B.I.G.
2.GET AWAY/JA RULE
3.U DON'T HAVE TO CALL RMX/USHER,LUDACRIS
4.WHATS' LUV/FAT JOE,ASHANTI
5.GRINDIN'/CLIPSE
6.STOP PLAY'IN RMX/JA RULE,B.I.G.
7.WELCOME TO ATL RMX/J.D.,P.DIDDY,ALI,SNOOP DOGG
8.AH NAW/NAPPY ROOTZ   9.STILL FLY/BIG TYMERS

BUY THIS JEWEL CASE
GET THE CD FOR FREE

N.V.U. PRODUCTIONS
FOR PROMOTIONAL
USE ONLY

10.HERE I GO/MYSTIKAL
11.ANY OTHER NIGHT RMX/SHADE,SCARFACE
12.I MISS YOU/DMX,FAITH EVANS
13.ROLL OUT/LUDACRIS BEAT
14.PASS THE COR/ORSTER II/BUSTA,P.DIDDY
15.I NEED A GIRL RMX,P.DIDDY,USHER ON LUDACRIS BEAT
16.RAINY DAYZ/MARY J. BLIDGE, JA RULE
17.THEY AIN'T READY/JADAKISS,BUBBA SPARXX
18.TOLD YA'LL ASS/TRINA,R. ROSS





















"THE BARBERSHOP"

1. THE SPEECH (INTRO)
2. TRADE IT ALL PT.2/FABOLOUS 7 P-DIDDY FT. JAGGED EDGE
3. STINGY/GINUWINE
4. WHAT'S COME OVER ME/GLEN LEWIS 7 AMEL LARRIEUX
5. LOVE SESSION/GHOSTFACE KILLAH FT. RUFF ENDZ
6. AND WE/P-DIDDY 7 FAMILY
7. COULD'VE BEEN YOU/3LW

BUY THIS JEWEL CASE
GET THE CD FOR FREE

N.Y.U. PRODUCTIONS
FOR PROMOTIONAL
USE ONLY

8. BABY GIRL (TERRI'S THEME)/B2K
9. SNEAKY/3HENE FT. LIL FIZZ OF B2K
10. I SEE YOU/BEST MAN
11. BETTER TO LEAVE/JORDAN BROWN
12. BABY, BABY, BABY/COLLIN
13. BEN/LIL KANO
14. GOT TO GIVE IT UP (PT. 1)/MARVIN GAYE
15. I'LL TAKE YOU THERE/THE STAPLE SINGERS   16. BIG BOOTY GIRLS (OUTRO)





XZIBIT
"MAN VS. MACHINE"

1. RELEASE DATE
2. SYMPHONY IN X MAJOR (FT. DR. DRE)
3. MULTIPLY
4. BREAK YOURSELF
5. HEART OF A MAN
6. HARDER
7. PAUL

N.Y.U. PRODUCTIONS
FOR PROMOTIONAL
USE ONLY

8. CHOKE ME, SPANK ME
9. LOSIN' YOUR MIND
10. BK TO LA
11. MY NAME
12. GAMBLER
13. MISSIN' U
14. RIGHT ON
15. BITCH ASS NIGGAZ
16. ENEMIES
17. MY LIFE, MY WORLD
18. WHAT A MESS
19. (HIT U) WHERE IT HURTS

BUY THIS JEWEL CASE
GET THE CD FOR FREE

DDO125809351-04











• JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

03 14158

CIV-PAINE

03CV14158  Bret Lynch Magistrate Judge Lynch

## I. (a) PLAINTIFFS

ARISTA RECORDS, INC.

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## DEFENDANTS

BEKER ENTERPRISES, INC., et al.

(b) County of Residence of First Listed Plaintiff   NY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

X Fort Pierce

(c) Attorney's (Firm Name, Address, and Telephone Number)
BROAD AND CASSEL
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
(305) 373-9400

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

Highlands

- 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 22 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— | 620 Other Food & Drug | 23 Withdrawal | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | Med. Malpractice | 625 Drug Related Seizure | 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | Liability | 365 Personal Injury — | of Property 21 USC 881 | | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment | 320 Assault, Libel & | Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 460 Deportation |
| & Enforcement of Judgment | Slander | 368 Asbestos Personal | 640 R.R. & Truck | X 820 Copyrights | 470 Racketeer Influenced and |
| 151 Medicare Act | 330 Federal Employers' | Injury Product | 650 Airline Regs. | 830 Patent | Corrupt Organizations |
| 152 Recovery of Defaulted | Liability | Liability | 660 Occupational | 840 Trademark | 810 Selective Service |
| Student Loans | 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | 850 Securities/Commodities/ |
| (Excl. Veterans) | 345 Marine Product | 370 Other Fraud | 690 Other | | Exchange |
| 153 Recovery of Overpayment | Liability | 371 Truth in Lending | | **SOCIAL SECURITY** | 875 Customer Challenge |
| of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal | **LABOR** | 861 HIA (1395ff) | 12 USC 3410 |
| 160 Stockholders' Suits | 355 Motor Vehicle | Property Damage | 710 Fair Labor Standards | 862 Black Lung (923) | 891 Agricultural Acts |
| 190 Other Contract | Product Liability | 385 Property Damage | Act | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| 195 Contract Product Liability | 360 Other Personal Injury | Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 893 Environmental Matters |
| | | | | 865 RSI (405(g)) | 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt.Reporting | | 895 Freedom of |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | Information Act |
| 220 Foreclosure | 442 Employment | Sentence | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff | 900 Appeal of Fee |
| 230 Rent Lease & Ejectment | 443 Housing/ | Habeas Corpus: | | or Defendant) | Determination Under Equal |
| 240 Torts to Land | Accommodations | 530 General | 790 Other Labor Litigation | 871 IRS—Third Party | Access to Justice |
| 245 Tort Product Liability | 444 Welfare | 535 Death Penalty | | 26 USC 7609 | 950 Constitutionality of |
| 290 All Other Real Property | 440 Other Civil Rights | 540 Mandamus & Other | 791 Empl. Ret. Inc. | | State Statutes |
| | | 550 Civil Rights | Security Act | | 890 Other Statutory Actions |
| | | 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. Section 101 et seq. - action for copyright infringement

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ in excess of $150,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  Yes  X No

## VIII. RELATED CASE(S) IF ANY  (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE  5-27-03

SIGNATURE OF ATTORNEY OF RECORD  Karen L Stetson

FOR OFFICE USE ONLY

RECEIPT # 53270  AMOUNT SC  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

✎ AO 121 (6/90)

| TO: |  |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

      In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION      ☐     APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|

| DOCKET NO.<br>03-14158-CV-NCR | DATE FILED<br>05/28/03 | 301 North Miami Avenue<br>Miami, Florida 33128 |
|---|---|---|

| PLAINTIFF<br>Arista Records, Inc. , et al | DEFENDANT<br>Beker z Enterprises, Inc., et al |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

      In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 |  |  |
| 2 |  |  |
| 3 | . |  |

      In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐   Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Rehan Ahmad | DATE<br>5/29/03 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action,
   mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights
3) Upon termination of action,
   mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court     5) Case File Copy